**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>Petitioner,<br><br>vs.<br><br>BLACK AND TAN PRODUCTIONS, INC., BAUER MARTINEZ INTERNATIONAL, INC., and BAUER MARTINEZ STUDIOS, INC.,<br><br>Respondents. | Case No.: CV 14-6250 DSF (PLAx)<br><br>**JUDGMENT** |

Having considered the pleadings and papers on file:

IT IS HEREBY ORDERED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against BLACK AND TAN PRODUCTIONS, INC., BAUER MARTINEZ INTERNATIONAL, INC., and

BAUER MARTINEZ STUDIOS, INC. ("Respondents"), Union Case No. TM 4252, dated September 21, 2010, is confirmed in all respects.

2. Respondents are ordered to pay as follows:

(a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $82,431.06;

(b) To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00; and

(c) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $400.00.

IT IS SO ORDERED.

Dated: 9/10/14

_____
Dale S. Fischer
United States District Judge